# EXHIBIT A





# EXHIBIT B





# EXHIBIT C





# EXHIBIT D





# EXHIBIT E





# EXHIBIT F





# EXHIBIT G





# EXHIBIT H





# EXHIBIT I





# EXHIBIT J





# EXHIBIT K





# EXHIBIT L





# EXHIBIT M





# EXHIBIT N





# EXHIBIT O





# EXHIBIT P





# EXHIBIT Q





# EXHIBIT R





# EXHIBIT S



