**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:26-cv-22615-JB**

R.K.G., et al.,

　　　*Plaintiffs,*

v.

Derek D. Barrs, Administrator, Federal
Motor Carrier Safety Administration, in
his official capacity, et al.,

　　　*Defendants.*

_____/

### DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendants, the Florida Department of Highway Safety and Motor Vehicles and its Executive Director Dave Kerner in his official capacity, hereby certify that, to the best of their knowledge, the following is a complete list of interested persons as required by Federal Rule of Civil Procedure 7.1 and this Court's Order (ECF 4):

1. A.G.T., Plaintiff

2. A.M.C., Plaintiff

3. A.M.R.G., Plaintiff

4. Arno Lemus, Attorney for Plaintiffs

5. C.O.T.M., Plaintiff

6. D.A.S., Plaintiff

7. D.M.F., Plaintiff

8. Dave Kerner, Defendant

9. E.J.C., Plaintiff

10. E.M.M.R., Plaintiff

11. Elizabeth Teegen, Attorney for Defendants

12. Florida Department of Highway Safety and Motor Vehicles, Defendant

13. Florida Office of the Attorney General

14. Lemus Law Group, LLC

15. M.C.A., Plaintiff;

16. M.R.H., Plaintiff

17. P.R.S.G., Plaintiff

18. R.A.G.A., Plaintiff

19. R.K.G., Plaintiff

20. R.O.G.R., Plaintiff

21. R.P.R., Plaintiff

22. R.R., Plaintiff

23. S.R.C., Plaintiff

24. Sara E. Spears, Attorney for Defendants

25. Tim Newhall, Attorney for Defendants

26. T.M.J.F., Plaintiff

27. Y.P.R., Plaintiff

No proposed intervenors are known to Plaintiffs as of the date of this filing. No publicly traded company or corporation owns ten percent or more of the stock of any party.

**CORPORATE DISCLOSURE STATEMENT**

Defendants, by and through undersigned counsel, hereby certifies that they are not aware

of any persons or entities that have a financial interest in the outcome of this case as required by Federal Rule of Civil Procedure 7.1.

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

*/s/ Sara E. Spears*
Sara E. Spears (FBN 1054270)
ASSISTANT ATTORNEY GENERAL
Sara.Spears@myfloridalegal.com
ComplexLitigation@myfloridalegal.com
Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
850-414-3300

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of June, 2026, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notices to all counsel of record.

*/s/ Sara E. Spears*
Sara E. Spears
