**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:26-cv-22615-JB

R.K.G.*, et al.,

    Plaintiffs,

v.

DAVE KERNER, Executive Director, Florida
Highway Safety and Motor Vehicles, in his
official capacity, et al.,

    Defendants.

_____/

**PLAINTIFFS' NOTICE OF FILING JOINT CONFERENCE REPORT**
**PURSUANT TO LOCAL RULE 16.1(b)(2) AND PAPERLESS ORDER [D.E. 4]**

Plaintiffs, by and through undersigned counsel, and jointly with Defendants, hereby give notice of filing the Joint Conference Report prepared pursuant to Local Rule 16.1(b)(2) and Federal Rule of Civil Procedure 26(f). The conference required by Local Rule 16.1(b)(1) and Federal Rule of Civil Procedure 26(f) was held on June 30, 2026, by video conference, in compliance with this Honorable Court's Paperless Order [D.E. 4]. The parties have exchanged the initial disclosures required under Fed. R. Civ. P. 26(a)(1) and have jointly prepared the Joint Conference Report addressing the matters enumerated in Local Rule 16.1(b)(2). A copy of the Joint Conference Report is attached hereto as Exhibit A for the Court's consideration.

Respectfully submitted,

/s/ Arno J. Lemus
Arno Javier Lemus
Lemus Law Group
1024 NW 102 PL
Miami, Florida 33172
786-816-2795
arno@lemus.org
Florida Bar No. 0103075

1

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 30, 2026, a true and correct copy of the foregoing was filed via CM/ECF, which will serve a copy on all counsel of record.

/s/ Arno J. Lemus
Arno Javier Lemus