# EXHIBIT T



*Dave Kerner, Executive Director*

## INFORMATION NOTICE

# DIVISION OF MOTORIST SERVICES

| DATE: 09/30/2025 | Information Notice (INFO)<br>INFO 25-019 |
|---|---|
| **SUBJECT: Temporary Pause on Non-Immigrant CLP and CDL Issuance** | |

## Overview:

The U.S. Department of Transportation (USDOT) announced an emergency interim final rule to strengthen federal oversight of how states issue non-domiciled commercial learner's permits (CLPs) and commercial driver's licenses (CDLs).

## Details:

After further review and clarification, the Department is taking additional steps to align its policies with directives from the USDOT and the Federal Motor Carrier Safety Administration (FMCSA).

Effective immediately, the issuance of non-domiciled CDLs and CLPs, also known as non-immigrant or Temporary CDLs or CLPs, is paused until further notice. Additional information will be provided as it becomes available.

## Conclusion:

If you need additional information, please contact your next level of management.