# EXHIBIT U



INFORMATION NOTICE

## DIVISION OF MOTORIST SERVICES

*Dave Kerner, Executive Director*

| DATE: 11/24/2025 | Information Notice (INFO) INFO 25-019 |
|---|---|
| **SUBJECT: UPDATE: Temporary Pause on Non-Immigrant CLP and CDL Issuance** | |

## Overview:

The U.S. Department of Transportation (USDOT) recently issued an emergency interim final rule to enhance federal oversight of how states issue non-domiciled Commercial Learner's Permits (CLPs) and Commercial Driver's Licenses (CDLs). Although the U.S. Court of Appeals has since placed an administrative stay on the rule, the Florida Department of Highway Safety and Motor Vehicles (FLHSMV) is taking proactive steps to ensure compliance with federal requirements.

## Details:

In alignment with guidance from the Federal Motor Carrier Safety Administration (FMCSA), FLHSMV has temporarily paused the issuance of non-domiciled (non-immigrant) CLPs and CDLs. This pause will remain in effect until the credential design can be updated to display the federally required designation "Non-Domiciled" in place of "Temporary."

FLHSMV is actively working with its credentialing vendor, Idemia, to implement the necessary system enhancements to meet FMCSA's compliance standards. These updates are essential for the Department to maintain its certification to issue federally compliant CDLs and CLPs.

Additional updates will be shared as soon as the Department is able to resume issuing non-domiciled credentials.

## Conclusion:

If you need additional information, please contact your next level of management.

1 of 1