# EXHIBIT W



**FLORIDA HIGHWAY SAFETY AND MOTOR VEHICLES**

*Dave Kerner, Executive Director*

<div style="background:yellow">**INFORMATION NOTICE**</div>

## DIVISION OF MOTORIST SERVICES

| DATE:  05/08/26 | Information Notice (INFO) INFO 26-005 |
|---|---|

**SUBJECT: Resume Issuance of CDL and CLP for Non-Domiciled Individuals**

## Overview:

The Federal Motor Carrier Safety Administration (FMCSA) issued a Final Rule effective March 16, 2026, amending 49 CFR Parts 383 and 384.  The rule amends the federal regulations for states issuing commercial driver licenses (CDLs) and commercial learners permits (CLPs) to non-domiciled individuals.  This notice clarifies procedures for resuming issuance of CDLs and CLPs to non-domiciled individuals.

## Details:

Effective Wednesday, May 13, 2026, all CDL and CLP issuances to non-domiciled individuals may resume. The Department has aligned procedures with the new federal requirements, which restrict eligibility and strengthen verification requirements for non-domiciled commercial drivers.

To qualify for a non-domiciled CDL or CLP, the following documentation is required for every issuance including reinstatement only transactions:

- Unexpired foreign passport
- Form I-94/I-94A with an unexpired "Admit Until Date"
    - o The CDL or CLP may not exceed the expiration date on Form I-94/I-94A or one year, whichever is sooner.
    - o Must show one of the following employments based nonimmigrant classifications:
        - H-2A (Temporary Agricultural Workers)
        - H-2B (Temporary Non-Agricultural Workers)
        - E-2 (Treaty Investors)

If the customer does not have one of the three visa categories above, the customer cannot be issued a CDL or CLP. Ineligible customers who are up for renewal may downgrade to a Class E driver license.

All non-domiciled CDL and CLP transactions must be conducted in-person. Non-domiciled customers must present their legal presence documentation and be verified through the Verification of Lawful Status (VLS) check during a CDL issuance transaction.

For customers who are requesting a CLP, please contact the Document Validation Unit (DVU) to verify the non-domiciled customer's lawful status before performing the transaction. DVU support for Non-Domiciled CLPs will not be available on Saturdays.

For customers who are only reinstating, please contact the DVU to verify the non-domiciled customer's lawful status before performing the transaction. DVU support for Non-Domiciled reinstatements will not be available on Saturdays.

The Final Rule provides that an issuance transaction includes:

- Amending
- Correcting
- Reprinting
- Reinstating
- Replacing
- Address Changes
- Duplicating a previously issued CLP or CDL
- Transfer
- Renew
- Upgrading

Reference DL-26-010 for more information about reinstatements for non-domiciled CDL and CLP holders.

**Updated Card Design for Non-Domiciled**

The Department has redesigned the CDL and CLP credential to meet the federal requirements by printing the "Non-Domiciled" indicator on the face of the credential. The new design will display both indicators. "Temporary" meets the requirement for Real ID and "Non-Domiciled" meets the requirement for the Final Rule.




*Figure 4 – Updated CDL and CLP*

The ORION Operations Manual will also be updated to reflect these changes.

## Conclusion:

If you need additional information, please contact your next level of management or the Field Support Center.